IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION

| | |
|---|---|
| **Advanced Processor Technologies LLC** : | |
| Plaintiff, : | |
| v. : | Civ. No. 2:12-cv-152-JRG-RSP |
| : | Lead Case |
| **Atmel Corporation,** : | |
| : | Consolidated |
| Defendant. : | |

### ORDER OF DISMISSAL

Plaintiff Advanced Processor Technologies LLC ("APT") has moved to dismiss without prejudice its claims against Defendant Conexant in APT v. Analog Devices, Inc., Civil Action No. 2:11-cv-19-JRG-RSP, and in APT v. Conexant Systems, Inc., Civil Action No. 2:12-cv-153-JRG-RSP, which are consolidated in the above-captioned case.

The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims by APT against Defendant Conexant in APT v. Analog Devices, Inc., Civil Action No. 2:11-cv-19-JRG-RSP, and in APT v. Conexant Systems, Inc., Civil Action No. 2:12-cv-153-JRG-RSP are hereby dismissed without prejudice, and with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

**Signed this date.**

**Jun 20, 2013**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE